UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMBER SOUTHER, JESSICA JOHNSON, And REBECCA COOK<br>    Plaintiffs,<br><br>v.<br><br>MR. STAX, INC., SEABROOK PANCAKES, INC., CHARLES MONISINOS, OLIVER PEREZ, MARIA WREN and HAROLD CERON,<br>    Defendants. | Civil Action No.: 1:21-cv-00180-LM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above-captioned matter and hereby stipulate to the dismissal of all claims in the above-captioned matter with prejudice, without costs and without attorneys' fees, and with all rights of appeal therefrom waived.

Respectfully submitted,

AMBER SOUTHER,
JESSICA JOHNSON,
and REBECCA COOK,
By their attorneys,

WHITNEY LAW GROUP, LLC,

*/s/ Mark M. Whitney*

Mark M. Whitney, Esq. (SBN # 11892)
11 State Street
Marblehead, MA 01945
Phone (781) 631-4400
mwhitney@whitneylawgroup.com

Respectfully submitted,

MR. STAX, INC. SEABROOK PANCAKES, INC., CARLOS MONTESINOS (misnamed as "Charles Monisinos"), MARIA WREN, AND HAROLD CERON,

By their Attorneys,

*/s/ Andrew R. Ferguson*

Andrew R. Ferguson, NH Bar No. 266197
Matthew J. Lynch, NH Bar No. 21184
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
aferguson@coughlinbetke.com
mlynch@coughlinbetke.com

Respectfully submitted,

OLVEREO PEREZ (misnamed as "Oliver Perez"),

By his attorneys,

*/s/ Janet Barringer*

Janet R. Barringer, SBN #16869
Freeman, Mathis & Gary, LLP
60 State Street, 6th Floor
Boston, MA  02109
(617) 963 - 5975
JBarringer@FMGlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 4, 2022.

  */s/ Mark M. Whitney*
Mark M. Whitney